# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DURAN,<br>KATHERINE DURAN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC<br><br>　　　　　Defendants. | Case No.: 2:11-cv-01553-LKK-KJN<br>Assigned to: Hon. Lawrence K. Karlton<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Based on the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 8, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT